UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSHUA KENNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION,<br><br>    Defendant. | Civil Action No. 2:20-cv-00126-GZS |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

Dated at Portland, Maine this 29th day of July 2020

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff


Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905
Chad@EmployeeRightsLaw.Attorney


/s/ Melinda J. Caterine
Melinda J. Caterine
Attorney for Defendant

*Littler Mendelson, P.C.*
1 Monument Square, Suite 600
Portland, ME 04101
207-699-1123
MCaterine@littler.com

1

2

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date: July 29, 2020                 /s/ Chad T. Hansen
                                                    Chad T. Hansen

+